IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KIMBERLY S. LONG, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BDP INTERNATIONAL, INC.; ELITE GROUP, INC.; ELITE INTERNATIONAL TRANSPORTATION, INC.; ELITE BROKERAGE SERVICES, INC.; AND ETS EXPRESS, INC.<br><br>Defendants. | § § § § § § § § § § § § § § § | CIVIL ACTION NO.<br><br>4:12-cv-01446 |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

1. Defendant BDP International, Inc. is a privately held corporate entity.

2. The Elite Defendants are wholly owned subsidiaries of Defendant BDP International.

Respectfully submitted,

/s/ A. John Harper II
A. John Harper II (Attorney-in-Charge)
aharper@morganlewis.com
State Bar No. 0903100
Federal ID No. 5158
Stefani R. Moll
smoll@morganlewis.com
State Bar No. 24002870
Federal ID No. 24002870
Morgan, Lewis & Bockius LLP
1000 Louisiana, Suite 4000
Houston, Texas 77002
(713) 890-5000 - Telephone
(713) 890-5001 - Facsimile

ATTORNEYS FOR DEFENDANTS

1

## CERTIFICATE OF SERVICE

I hereby certify that on this the 6th day of June, 2012, a true and correct copy of the foregoing document was served on the following via ECF:

Mr. Alex Mabry
The Mabry Law Firm, PLLC
711 West Alabama Street
Houston, Texas 77006-5005
amabry@mabrylaw.com

/s/ A. John Harper II
A. John Harper II

DB1/ 69964728.1