UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KIMBERLY LONG, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>BDP INTERNATIONAL, INC.; ELITE GROUP, INC.; ELITE INTERNATIONAL TRANSPORTATION, INC.; ELITE BROKERAGE SERVICES, INC.; AND ETS EXPRESS, INC<br><br>Defendant. | §§§§§§§§§§§§§§ | CIVIL ACTION NO. 4:12-cv-1446 |

## NOTICE OF APPEARANCE OF COUNSEL

Now comes Galvin B. Kennedy and Don J. Foty of the law firm Kennedy Hodges L.L.P. and hereby files this appearance as counsel of record for Plaintiffs Kimberly Long and all others similarly situated, and requests receipt of all notices pertaining to the above-referenced matter.

Respectfully submitted,

KENNEDY HODGES, LLP

By: /s/ Galvin B. Kennedy
    Galvin B. Kennedy
    Texas Bar No. 00796870
    Don J. Foty
    Texas Bar No. 24050022
    711 W. Alabama St.
    Houston, TX 77006
    Telephone: (713) 523-0001
    Facsimile: (713) 523-1116

ATTORNEY FOR PLAINTIFFS
& CLASS MEMBERS

## CERTIFICATE OF SERVICE

I certify that this document was served on all parties via the Southern District's CM/ECF system on June 26, 2012.

/s/ Galvin B. Kennedy
Galvin B. Kennedy