IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KIMBERLY S. LONG, individually and on behalf of all others similarly situated, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. |
| BDP INTERNATIONAL, INC., ELITE GROUP, INC., ELITE INTERNATIONAL TRANSPORTATION, INC., ELITE BROKERAGE SERVICES, INC., AND ETS EXPRESS, INC. | § § § § § § § | 4:12-CV-01446 |
| Defendants. | § § | |

## **ORDER**

On this day the Court considered the Joint Motion to Dismiss with Prejudice Pursuant to an Agreed Settlement and Release made by and between Kimberly Long and certain other named Opt-in Plaintiffs and BDP International, Inc., Elite Group, Inc., Elite International Transportation, Inc., Elite Brokerage Services, Inc., and ETS Express, Inc. The Agreement was filed separately under seal with the Court for its review and approval to the extent legally required. The Court finds that the Motion to Dismiss is meritorious and should be granted.

IT IS, THEREFORE, ORDERED that Plaintiffs' causes of action against Defendants are hereby dismissed with prejudice to the re-filing of same, except with respect to the claim of Opt-in Plaintiff Jackie Gonzales. Each party is to bear its own costs of Court.

Done this the 22nd day of July, 2013.

_____
Nancy F. Atlas
United States District Judge

DB1/ 74640075.1